IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 NOV 21 PM 2: 55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

TIMOTHY KOHLHAUS

    Plaintiff

vs.                                               Civil Action No. JKB-13-3485

CSX TRANSPORTATION, INC.

    Defendant

\*\*\*\*\*\*

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: November 19, 2014                               _/s/ James K. Bredar_
                                                                 James K. Bredar
                                                                 United States District Judge